# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **DAVID P.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 7:18-cv-64 |
| ) | |
| **NANCY A. BERRYHILL,** ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER[1]

For the reasons set forth in the accompanying Memorandum Opinion entered on this date, it is hereby **ORDERED** that David P.'s Motion for Summary Judgment is **DENIED**, the Commissioner's Motion for Summary Judgment is **GRANTED**, and this case is **DISMISSED** from the Court's docket.

Entered: May 29, 2019

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge

---

[1] On May 24, 2019, the Court's opinion was mistakenly docketed as a Report and Recommendation. Because the parties had already consented to jurisdiction by a U.S. Magistrate Judge (Dkt. No. 17), the opinion is now appropriately docketed as a Memorandum Opinion.